**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| KEVIN J. KOHUTE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Case No. 6:26-cv-354-JDK-KNM |
| | § | |
| KASH PATEL, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Petitioner Kevin Kohute, an inmate of the Smith County Jail proceeding pro se, filed this writ of habeas corpus complaining of a conviction from Smith County, Texas. The case was referred to United States Magistrate Judge K. Nicole Mitchell for findings of fact, conclusions of law, and recommendations for disposition of the action.

On July 31, 2026, Judge Mitchell issued a Report recommending that the petition be dismissed with prejudice for failing to comply with previous sanctions imposed by this Court. Docket No. 6. Due to Petitioner's continued abuse of the judicial process, the Court previously sanctioned Petitioner "whereby no new lawsuits will be accepted from [Petitioner] Kevin Kohute unless such lawsuit is filed by a licensed attorney enrolled to practice in the U.S. District Court for the Eastern District of Texas." *See Kohute v. Nat'l Rifle Ass'n*, 2025 WL 326398, at *2 (E.D. Tex. Jan. 29, 2025). Petitioner did not comply with the sanctions in filing this petition.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, Petitioner did not file any objections. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 6) as the findings of this Court. It is therefore **ORDERED** that this case is **DISMISSED** with prejudice. Any motions pending in this case are **DENIED as moot.**

So **ORDERED** and **SIGNED** this **13th** day of **November, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE